SLIP OPINION

Cite as 2015 Ark. App. 19

# ARKANSAS COURT OF APPEALS

DIVISION I
No. CR–14–522

| | | |
|---|---|---|
| | | Opinion Delivered  January 14, 2015 |
| ALONZO BUCKLEY | | |
| | APPELLANT | APPEAL FROM THE CRITTENDEN COUNTY CIRCUIT COURT [NO. CR–12–33] |
| V. | | |
| | | HONORABLE JOHN N. FOGLEMAN, JUDGE |
| STATE OF ARKANSAS | | |
| | APPELLEE | |
| | | AFFIRMED; MOTION TO WITHDRAW GRANTED |

**WAYMOND M. BROWN, Judge**

Appellant Alonzo Buckley's probation was revoked on the underlying charge of residential burglary after the trial court found that he had violated the terms and conditions of his probation. He was sentenced to five years' imprisonment with an additional ten years' suspended imposition of sentence (SIS). Pursuant to *Anders v. California*[1] and Arkansas Supreme Court Rule 4–3(k), Buckley's counsel has filed a motion to withdraw on the grounds that an appeal would be wholly without merit. Buckley was notified of his right to file pro se points for reversal; however, he has not done so. We affirm the revocation and grant counsel's motion to withdraw.

---

[1]386 U.S. 738 (1967).

The test for filing a no-merit brief is not whether there is any reversible error, but whether an appeal would be wholly frivolous.[2] We have reviewed the entire record and counsel's brief and conclude that Buckley's counsel has adequately explained why there is no meritorious issue on appeal. Therefore, pursuant to sections (a) and (b) of *In re Memorandum Opinions*,[3] we issue this memorandum opinion affirming the court's revocation and granting counsel's motion to be relieved.

Affirmed; motion to withdraw granted.

HARRISON and VAUGHT, JJ., agree.

*C. Brian Williams*, for appellant.

No response.

---

[2]*Tucker v. State*, 47 Ark. App. 96, 885 S.W.2d 904 (1994).

[3]16 Ark. App. 301, 700 S.W.2d 63 (1985).